UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON YLARDE,<br><br>             Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>             Respondent.<br>_____ | Case No. CV 05-5978 GW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Petitioner's Objections thereto ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

      IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 18, 2009

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE