UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NELSON YLARDE, | ) | Case No. CV 05-5978 GW(JC) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| JAMES A. YATES, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: March 18, 2009

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE